

1  LIDIA S. STIGLICH (CSBN 182100)
   MICHAEL L. HINCKLEY (CSBN 161645)
2  STIGLICH & HINCKLEY, LLP
   502 Seventh Street
3  San Francisco, California 94103
   Tel:   415-865-2539
4  Fax:   415-865-2538

5  Attorney for Defendant
   WAYLAND GIBSON
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10
   UNITED STATES OF AMERICA,                Case No. CR 03 00130 MJJ
11
              Plaintiff,
12
         v.                                 STIPULATION AND [PROPOSED]
13                                          ORDER RE: TO CONTINUE
                                            HEARING DATE AND RELEASE
14                                          DISCOVERY
   WAYLAND GIBSON, et. al
15
              Defendants.
16
   _____/
17

18       Defendant WAYLAND GIBSON, by and through his counsel Lidia S. Stiglich and

19  Assistant United States Attorney Allison Danner, hereby stipulate and agree to continue the

20  supervised release violation hearing date in the above entitled matters from November 1, 2007 at

21  2:00 p.m. to November 15, 2007, at 2:00 p.m. or a date that is convenient to the Court.

22       The continuance is requested as additional time is needed to release discovery materials

23  from US Probation, to wit, Police Incident Reports related to the alleged violations, identify and

24  secure witnesses and meaningfully confer with newly assigned Probation Officer Octavio

25  Magaña.

26

27

28
   _US v. Wayland Gibson_, CR 03-00130 MJJ
   Stip. & [Proposed] Order Re to Continue Hearing and Release Discovery
                                           -1-

United States Probation Officer Octavio Magaña has been notified of and has no objection to this request.

IT IS SO STIPULATED.

Dated: 10/30/2007

LIDIA S. STIGLICH
Attorney for Defendant
WAYLAND GIBSON

Dated: 10/30/2007

*for AUSA Danner*

ALLSION DANNER
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant WAYLAND GIBSON's hearing date in the above matter is hereby continued from November 1, 2007 at 2:00 p.m. to November 15, 2007 at 2:00 p.m.

Furthermore, Probation will release forthwith any discovery in support of the Motion to Revoke, including, but not limited to, Police Incident Reports.

**IT IS SO ORDERED.**

Dated: 10/31/2007

HON. MARTIN J. JENKINS
United States District Judge